UNITED STATES DISTRICT COURT MHN
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GARY Oliphant

**FILED** LCW

FEB 0 1 2010
2-1-2010
MICHAEL W DOBBINS
CLERK, U.S. DISTRICT COURT

-vs-

CASE NO 09CV3876
Judge KENDALL

09CV3876

09cv3876

Cook County DEPARTMENT
of Corrections

Claiming PARTY MOVES For Judgement
on all or part of claim on Defendants
DR Dunlop / DR M. PATEL Along with* vital information

- Plaintiff has recieved Process Receipt and Return
- Time frame has been exshusted
- Date of Service 11/30/09 at 11:15am by U.S. Marshal
- Thease Defendants have shown Deliberate Indifference
  To Plaintiff, complaint, and The Court Process brought
  by GARY Oliphant.

* Full NAME, social security number, address, Licence info and liability insurance

Plaintiff ask The Court for a Judgement
amount suitable for thease Defendants

- For Violations of (Civil Rights TITLE 42, Sec 1983)
  Deliberate INdifference or Caused cruel and
  unussal punishment

- Gary oliphant is acking For a Judgement
  amount of $130,799 be split in half between
  DR M. PATEL, DR DUNLP For Personal and official
  capacities Combined

DATE 1-22-10

Respectfully
Gary Oliphant

# Certification

By signing I certify

this January 25, 2019

Gary Oliphant    Gary Oliphant

List

Scott Anderson

Allstate Garcia

U.S District Clerk